**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  19–06598–hb                                    Chapter:  13

**In re:**

 Cherrie Ann Kennedy

| | | |
|---|---|---|
| **Entered By The Court**<br>**6/17/20** | **ORDER** | **Filed By The Court**<br>**6/17/20**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |

CII Order – The plan does not currently comply with the requirements of Chapter 13. The debtor(s) is/are given ten (10) days from the date of this Order within which to propose, file and serve a modified plan pursuant to SC LBR 3015–2, and/or to provide the Chapter 13 trustee with any documents and information requested at or before the confirmation hearing. If the debtor fails to comply with the terms of this Order, this case may be dismissed without further notice or hearing. The plan, or any modified plan, may be confirmed without further notice or hearing upon the trustee's recommendation. AND IT IS SO ORDERED. Signed By: Chief Judge Helen E. Burris, US Bankruptcy Court – District of South Carolina.

Chief United States Bankruptcy Judge